# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DUNN, MICHAEL D | § | Case No. 09-38834 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        KENNETH S. GARDNER
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 1 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/11/2013 in Courtroom 4016,

        DuPage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/17/2012        By: 5_____
                                         Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DUNN, MICHAEL D § Case No. 09-38834
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,825.51 |
| and approved disbursements of | $ | 510.89 |
| leaving a balance on hand of[1] | $ | 30,314.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,832.55 | $ 0.00 | $ 3,832.55 |
| Attorney for Trustee Fees: Cohen & Krol | $ 891.00 | $ 0.00 | $ 891.00 |
| Other: International Sureties Ltd. | $ 53.80 | $ 53.80 | $ 0.00 |
| Other: Cohen & Krol | $ 85.28 | $ 0.00 | $ 85.28 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,808.83 |
| Remaining Balance | $ 25,505.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,495.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 61.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TARGET NATIONAL BANK | $ 533.29 | $ 0.00 | $ 327.79 |
| 000002 | Asset Acceptance LLC / Assignee / Heritage / Chase | $ 19,239.88 | $ 0.00 | $ 11,826.09 |
| 000003 | Asset Acecptance LLC / Assignee / British Petroleu | $ 1,118.01 | $ 0.00 | $ 687.20 |
| 000004 | CAPITAL ONE BANK USA, N.A. | $ 2,096.29 | $ 0.00 | $ 1,288.52 |
| 000005 | CAPITAL ONE BANK USA, N.A. | $ 3,958.13 | $ 0.00 | $ 2,432.93 |
| 000006 | CAPITAL ONE BANK USA, N.A. | $ 3,588.76 | $ 0.00 | $ 2,205.89 |
| 000007 | Capital Recovery III LLC As Assignee of HSBC Bank | $ 1,363.57 | $ 0.00 | $ 838.14 |
| 000008 | Capital Recovery III LLC As Assignee of GE Capital | $ 3,671.18 | $ 0.00 | $ 2,256.55 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Capital Recovery III LLC As Assignee of Citibank - | $ 5,419.68 | $ 0.00 | $ 3,331.29 |
| 000010 | Capital Recovery III LLC As Assignee of Pep Boys | $ 506.61 | $ 0.00 | $ 311.39 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 25,505.79 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                        Case No. 09-38834-DRC
Michael D Dunn                                                Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez              Page 1 of 3                  Date Rcvd: Dec 19, 2012
                              Form ID: pdf006            Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2012.
db            +Michael D Dunn,    1S126 Church St,    Lombard, IL 60148-4717
14594179      +Allied Interstate,    3000 Corporate Exchange Dr,    5th Floor,    Columbus, OH 43231-7723
14594181      +Blatt, Hassenmiller, Leibsker,    & Moore LLC,   125 South Wacker Dr, Suite 400,
               Chicago, IL 60606-4440
14594182     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
14952597       CAPITAL ONE BANK USA, N.A.,     BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,
               Charlotte, NC 28272-1083
14594183       Cardmember Services,    DIRECT MERCHANTS BANK,    BOX 21550,    TULSA OK 74121
14594184       Chase,   PO Box 15153,    Wilmington, DE 19886-5153
14594185      +Dfas-in,   8899 E 56th St,    Indianapolis, IN 46249-1001
14594187      +Freedman Anselmo Lindberg & Rappe,    1807 W Diehl - Ste. 333,    PO Box 3228,
               Naperville, IL 60566-3228
14594192      +Meyer & Njus, P.A.,    1100 US Bank Plaza,   200 South Six Street,    Minneapolis, MN 55402-1595
14594195      +Northland Group,    PO Box 390905,    Edina, MN 55439-0905
14594196      +Sst/columbus Bank&trus,    Po Box 84024,    Columbus, GA 31908-4024
14594197      +Tnb-visa,   Po Box 9475,    Minneapolis, MN 55440-9475
14594198      +Umb Bank Na,    Po Box 419734,    Kansas City, MO 64141-6734
14594199      +Unvl/citi,   Po Box 6241,    Sioux Falls, SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14594178      +E-mail/Text: sclark@arthuradler.com Dec 20 2012 04:22:47     Adler & Associates,
               25 E Washington St,   Suite 500,    Chicago, IL 60602-1703
14594180      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 20 2012 02:13:18     Asset Acceptance,
               Po Box 2036,   Warren, MI 48090-2036
14859397      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 20 2012 02:13:18
               Asset Acceptance LLC / Assignee / Heritage / Chase,    Po Box 2036,   Warren MI 48090-2036
14859427      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 20 2012 02:13:18
               Asset Acecptance LLC / Assignee / British Petroleu,    Po Box 2036,   Warren MI 48090-2036
15080677      +E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2012 02:26:30
               Capital Recovery III LLC As Assignee of Citibank -,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15080659      +E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2012 02:26:37
               Capital Recovery III LLC As Assignee of GE Capital,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15080658      +E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2012 02:38:46
               Capital Recovery III LLC As Assignee of HSBC Bank,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15080678      +E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2012 02:38:47
               Capital Recovery III LLC As Assignee of Pep Boys,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14594186      +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2012 02:27:46     Exxon Mobile/GE Consumer Finance,
               Po Box 103104,   Roswell, GA 30076-9104
14594188      +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2012 02:29:20     GEMB / HH Gregg,
               Attention: Bankruptcy,   Po Box 103106,    Roswell, GA 30076-9106
14594190      +E-mail/Text: BKNOTICES@EAFLLC.COM Dec 20 2012 02:20:42     Hilco Rec,   5 Revere Dr Ste 510,
               Northbrook, IL 60062-8007
14594191      +E-mail/Text: resurgentbknotifications@resurgent.com Dec 20 2012 02:11:30     Lvnv Funding Llc,
               P.o. B   10584,   Greenville, SC 29603-0584
14594193      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2012 02:13:27     Midland Credit Mgmt,
               8875 Aero Dr   Ste 200,   San Diego, CA 92123-2255
14594194      +E-mail/Text: aafes@credbankserv.com Dec 20 2012 02:12:24     Mil Star,   Attention: Bankruptcy,
               Po Box 650062,   Dallas, TX 75265-0062
14830830      +E-mail/Text: bncmail@w-legal.com Dec 20 2012 04:22:01     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14594201      +E-mail/Text: zenith@ebn.phinsolutions.com Dec 20 2012 02:57:19     Zenith Acquisition,
               220 John Glenn Dr # 1,   Amherst, NY 14228-2246
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14594189     ##+Harvest Credit Management,    600 17th St,   Denver, CO 80202-5428
14594200     ##+Washington Mutual / Providian,    Attn: Bankruptcy Dept.,   Po Box 10467,
               Greenville, SC 29603-0467
                                                                                               TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: bchavez             Page 2 of 3            Date Rcvd: Dec 19, 2012
                              Form ID: pdf006           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez              Page 3 of 3                   Date Rcvd: Dec 19, 2012
                              Form ID: pdf006            Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2012 at the address(es) listed below:
          Gina B Krol    gkrol@cohenandkrol.com,
          gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
          jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
          jcohenattorney@aol.com;gkrol@cohenandkrol.com
          Martin A. Lear    on behalf of Debtor Michael D Dunn notice@billbusters.com,
          billbusters@bestclientinc.com
          Michelle K Hinds    on behalf of Debtor Michael D Dunn NDILNotices@maceybankruptcylaw.com,
          CourtNotice@maceybankruptcylaw.com;mhinds@maceybankruptcylaw.com;bk@legalhelpers.com;G1396@notify
          .cincompass.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yan  Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                                   TOTAL: 7