# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
DUNN, MICHAEL D                           §        Case No. 09-38834
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adler & Associates 25 E Washington St Suite 500 Chicago, IL 60602 | | | | | |
| | Allied Interstate 3000 Corporate Exchange Dr 5th Floor Columbus, OH 43231 | | | | | |
| | Blatt, Hassenmiller, Leibsker & Moore LLC 125 South Wacker Dr, Suite 400 Chicago, IL 60606 | | | | | |
| | Cardmember Services Direct Merchants Bank Po Box 21550 Tulsa, OK 74121 | | | | | |
| | Chase PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Dfas-in 8899 E 56th St Indianapolis, IN 46249 | | | | | |
| | Exxon Mobile/GE Consumer Finance Po Box 103104 Roswell, GA 30076 | | | | | |
| | Freedman Anselmo Lindberg & Rappe 1807 W Diehl - Ste. 333 PO Box 3228 Naperville, IL 60566 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB / HH Gregg Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Harvest Credit Management 600 17th St Denver, CO 80202 | | | | | |
| | Hilco Rec 5 Revere Dr Ste 510 Northbrook, IL 60062 | | | | | |
| | Lvnv Funding Llc P.o. B 10584 Greenville, SC 29603 | | | | | |
| | Meyer & Njus, P.A. 1100 US Bank Plaza 200 South Six Street Minneapolis, MN 55402 | | | | | |
| | Mil Star Attention: Bankruptcy Po Box 650062 Dallas, TX 75236 | | | | | |
| | Northland Group PO Box 390905 Edina, MN 55439 | | | | | |
| | Sst/columbus Bank&trus Po Box 84024 Columbus, GA 31908 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Tnb-visa Po Box 9475 Minneapolis, MN 55440 |  |  |  |  |  |
|  | Umb Bank Na Po Box 419734 Kansas City, MO 64141 |  |  |  |  |  |
|  | Unvl/citi Po Box 6241 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Washington Mutual / Providian Attn: Bankruptcy Dept. Po Box 10467 Greenville, SC 29603 |  |  |  |  |  |
|  | Zenith Acquisition 220 John Glenn Dr # 1 Amherst, NY 14228 |  |  |  |  |  |
|  | Zenith Acquisition 220 John Glenn Dr # 1 Amherst, NY 14228 |  |  |  |  |  |
|  | Zenith Acquisition 220 John Glenn Dr # 1 Amherst, NY 14228 |  |  |  |  |  |
| 000002 | ASSET ACCEPTANCE LLC / ASSIGNEE / H |  |  |  |  |  |
| 000003 | ASSET ACECPTANCE LLC / ASSIGNEE / B |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAPITAL ONE BANK USA, N.A. | | | | | |
| 000005 | CAPITAL ONE BANK USA, N.A. | | | | | |
| 000006 | CAPITAL ONE BANK USA, N.A. | | | | | |
| 000007 | CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |
| 000008 | CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |
| 000009 | CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |
| 000010 | CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |
| 000001 | TARGET NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

| Case No: | 09-38834 | DRC | Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL | Exhibit 8 |
| Case Name: | DUNN, MICHAEL D | | | | Date Filed (f) or Converted (c): | 10/16/09 (f) | |
| | | | | | 341(a) Meeting Date: | 12/01/09 | |
| For Period Ending: 12/09/13 | | | | | Claims Bar Date: | 03/05/10 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS | 400.00 | 0.00 | OA | 0.00 | FA |
| 2. Household Goods | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 3. CLOTHES | 300.00 | 0.00 | OA | 0.00 | FA |
| 4. Life Insurance | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. IRA | 35,000.00 | 0.00 | OA | 0.00 | FA |
| 6. 401(K) | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 7. Stock | 30,000.00 | 0.00 | | 30,813.26 | FA |
| 8. 401(K) | 650.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLE | 400.00 | 0.00 | OA | 0.00 | FA |
| 10. motorcycle | 5,000.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.25 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $87,750.00 | $0.00 | | $30,825.51 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TDR

October 17, 2013, 02:22 pm

Initial Projected Date of Final Report (TFR): 12/31/10          Current Projected Date of Final Report (TFR): 12/31/12

/s/     GINA B. KROL

_____ Date: 12/09/13

GINA B. KROL

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-38834 -DRC |
|---|---|
| Case Name: | DUNN, MICHAEL D |
| Taxpayer ID No: | *******0898 |
| For Period Ending: | 12/09/13 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0279  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

**Exhibit 9**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 30,352.66 | | 30,352.66 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.71 | 30,333.95 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.33 | 30,314.62 |
| 01/09/13 | 030001 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 3,832.55 | 26,482.07 |
| 01/09/13 | 030002 | Cohen & Krol<br><br><br>Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney's fees per court order | 3110-000 | | 594.00 | 25,888.07 |
| 01/09/13 | 030003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney's expenses per court order | 3120-000 | | 85.28 | 25,802.79 |
| 01/09/13 | 030004 | Gina Krol<br>105 W. Madison<br>Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 297.00 | 25,505.79 |
| 01/09/13 | 030005 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000001, Payment 61.46562% | 7100-900 | | 327.79 | 25,178.00 |
| 01/09/13 | 030006 | Asset Acceptance LLC / Assignee / Heritage / Chase<br>Po Box 2036<br>Warren MI 48090 | Claim 000002, Payment 61.46655% | 7100-900 | | 11,826.09 | 13,351.91 |
| 01/09/13 | 030007 | Asset Acecptance LLC / Assignee / British Petroleu<br>Po Box 2036<br>Warren MI 48090 | Claim 000003, Payment 61.46636% | 7100-900 | | 687.20 | 12,664.71 |
| 01/09/13 | 030008 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083 | Claim 000004, Payment 61.46669%<br>1139 | 7100-900 | | 1,288.52 | 11,376.19 |

| | | | | Page Subtotals | 30,352.66 | 18,976.47 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-38834 -DRC |
| Case Name: | DUNN, MICHAEL D |
| Taxpayer ID No: | *******0898 |
| For Period Ending: | 12/09/13 |

| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0279  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Charlotte, NC 28272-1083 | | | | | |
| 01/09/13 | 030009 | CAPITAL ONE BANK USA, N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO Box 71083 Charlotte, NC 28272-1083 | Claim 000005, Payment 61.46665% 5075 | 7100-900 | | 2,432.93 | 8,943.26 |
| 01/09/13 | 030010 | CAPITAL ONE BANK USA, N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO Box 71083 Charlotte, NC 28272-1083 | Claim 000006, Payment 61.46663% 8304 | 7100-900 | | 2,205.89 | 6,737.37 |
| 01/09/13 | 030011 | Capital Recovery III LLC As Assignee of HSBC Bank Care of Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Claim 000007, Payment 61.46659% | 7100-900 | | 838.14 | 5,899.23 |
| 01/09/13 | 030012 | Capital Recovery III LLC As Assignee of GE Capital Care of Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Claim 000008, Payment 61.46661% | 7100-900 | | 2,256.55 | 3,642.68 |
| 01/09/13 | 030013 | Capital Recovery III LLC As Assignee of Citibank - Care of Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Claim 000009, Payment 61.46654% | 7100-900 | | 3,331.29 | 311.39 |
| 01/09/13 | 030014 | Capital Recovery III LLC As Assignee of Pep Boys Care of Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Claim 000010, Payment 61.46543% | 7100-900 | | 311.39 | 0.00 |
| | | | Page Subtotals | | 0.00 | 11,376.19 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-38834  -DRC |
|---|---|
| Case Name: | DUNN, MICHAEL D |
| | |
| Taxpayer ID No: | *******0898 |
| For Period Ending: | 12/09/13 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0279  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 30,352.66 | 30,352.66 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 30,352.66 | 0.00 | |
| | | | Subtotal | | 0.00 | 30,352.66 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 30,352.66 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.04a

LFORM24

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-38834 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DUNN, MICHAEL D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0008  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0898 | | | |
| For Period Ending: | 12/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/12/10 | 7 | Wells Fargo Bank | | 1129-000 | 30,813.26 | | 30,813.26 |
| | | PO Box 64856 | | | | | |
| | | St. Paul, MN  55164 | | | | | |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.43 | | 30,813.69 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.78 | | 30,814.47 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.77 | | 30,815.24 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.78 | | 30,816.02 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 30,816.81 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.76 | | 30,817.57 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.78 | | 30,818.35 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.76 | | 30,819.11 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 30,819.90 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 30,820.69 |
| 02/07/11 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 26.15 | 30,794.54 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 30,794.78 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 30,795.04 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 30,795.28 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 30,795.55 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,795.80 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,796.05 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 30,796.32 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,796.57 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 30,796.83 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.23 | 30,757.60 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,757.85 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.92 | 30,719.93 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,720.18 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.87 | 30,682.31 |

| | | | | Page Subtotals | 30,823.48 | 141.17 | |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 09-38834 -DRC |
|---|---|
| Case Name: | DUNN, MICHAEL D |
| Taxpayer ID No: | *******0898 |
| For Period Ending: | 12/09/13 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0008  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 30,682.58 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.24 | 30,642.34 |
| 02/06/12 | 000302 | International Sureties | BOND | 2300-000 | | 27.65 | 30,614.69 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 30,614.93 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 36.40 | 30,578.53 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,578.78 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.60 | 30,541.18 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 30,541.44 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.80 | 30,502.64 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 30,502.90 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.75 | 30,464.15 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 30,464.39 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 36.21 | 30,428.18 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 30,428.45 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.91 | 30,388.54 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 30,388.78 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 36.12 | 30,352.66 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 30,352.66 | 0.00 |

Page Subtotals  2.03  30,684.34

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*   Ver: 17.04a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

| Case No: | 09-38834 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | DUNN, MICHAEL D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0008  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0898 | | | |
| For Period Ending: | 12/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 30,825.51 | 30,825.51 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 30,352.66 | |
| | | | Subtotal | | 30,825.51 | 472.85 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 30,825.51 | 472.85 | |

|  | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account - *******0279 | | 0.00 | 30,352.66 | 0.00 |
| Money Market Account (Interest Earn - *******0008 | | 30,825.51 | 472.85 | 0.00 |
| | | ------------------------ | ------------------------ | ------------------------ |
| | | 30,825.51 | 30,825.51 | 0.00 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: _____   Date: 12/09/13

/s/     GINA B. KROL

GINA B. KROL

Page Subtotals          0.00          0.00

LFORM24

Ver: 17.04a